Form ntcabuse

## UNITED STATES BANKRUPTCY COURT

Northern District of Texas

Case No.: 11−70528−hdh7
Chapter: 7
Judge: Harlin DeWayne Hale

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Mike Harold McMinn | Kathy Sue McMinn |
|---|---|
| PO Box 412 | PO Box 412 |
| Memphis, TX 79245 | Memphis, TX 79245 |

Social Security / Individual Taxpayer ID No.:
  xxx−xx−0523                          xxx−xx−8888

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The UST has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 707(b). (Neary, William)

Dated: 8/2/13

United States Trustee