

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 2, 2013**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIKE & KATHY MCMINN, | § | CASE NO. 11-70528-HDH-7 |
|     DEBTORS, | § | |
| | § | |
| TD AUTO FINANCE LLC F/K/A CHRYSLER | § | |
|  FINANCIAL SERVICES AMERICAS LLC, | § | |
|     MOVANT, | § | |
| | § | A Hearing on the Motion for |
| VS. | § | Relief from the Automatic Stay |
| | § | or, in the Alternative, Request |
| MIKE & KATHY MCMINN, | § | for Adequate Protection set: |
|     RESPONDENTS. | § | **JUNE 19, 2013 AT 10:00 A.M. (LIVE)** |

ORDER TERMINATING THE AUTOMATIC STAY

There came on for consideration before this Court this Order Terminating the Automatic Stay regarding the Motion for Relief from the Automatic Stay or, in the Alternative, Request for Adequate Protection ("Motion") filed by TD Auto Finance LLC f/k/a Chrysler Financial Services Americas LLC ("Creditor") complaining of Mike & Kathy McMinn ("Debtors"). Creditor is represented by and through its attorney of record Stephen G. Wilcox of the firm of Bassel & Wilcox, P.L.L.C.

Debtors, although served individually and through Debtors' attorney of record with a copy of the Motion and Notice of the Hearing, failed to appear or otherwise respond. The Trustee, although served with a copy of the Motion and Notice of the Hearing, failed to appear or otherwise respond.

IT IS THEREFORE ORDERED that the automatic stay is terminated as to Creditor with regard to a 2006 Dodge Durango, vehicle identification number 1D4HB482X6F112615, account number ending in 8238.

IT IS FURTHER ORDERED that Creditor may repossess and sell its collateral, consistent with state law, without further Order of the Court and may additionally exercise its contractual and state law remedies without further Order of the Court.

IT IS FURTHER ORDERED that Creditor may obtain all writs and other court orders necessary to obtain possession of the vehicle if the vehicle is not voluntarily surrendered by Debtors.

IT IS FURTHER ORDERED that this Order is effective immediately and is not stayed for fourteen days following the entry of this Order.

IT IS SO ORDERED.

## End of Order ###

952-35544-350517