

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed August 14, 2013

United States Bankruptcy Judge

---

TDOR 1213.259259

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

IN RE:
MIKE HAROLD MCMINN
KATHY SUE MCMINN
PO BOX 412

MEMPHIS TX 79245

CASE NO: 11-70528-HDH-13
JUDGE: Harlin D. Hale
DATED: July 11, 2013
CHAPTER 13

---

**ORDER DISCHARGING STANDING TRUSTEE,
TERMINATING FURTHER LIABILITY ON BOND**

---

It appearing to the Court that Walter O'Cheskey, Chapter 13 Trustee in the above-styled case under Chapter 13 of Title 11 of the United States Bankruptcy Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered by the Chapter 13 Trustee, and that a copy thereof has been served on the United States Trustee, and all parties in interest, and that no objection was filed by the United States Trustee or a party in interest within 30 days, it is presumed by the express wording of Bankruptcy Rule 5009 that this estate has been fully administered by the Chapter 13 Trustee, and that the Standing Chapter 13 Trustee does not hold any funds to be paid or distributed in this case and that he should be discharged and further liability on the said Trustee's bond with respect to this case be terminated; therefore,

IT IS ORDERED:
That Walter O'Cheskey, Chapter 13 Trustee in this case, is discharged; that he and the sureties or surety on his Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore and that such Bond is terminated as to this case.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424