IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

## NOTICE OF SUBSTITUTION AND NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Bassel & Wilcox, PLLC hereby withdraws as an attorney of record in this case. The Wilcox Law Firm, PLLC is substituted in as counsel of record and files this, its notice of appearance. Additionally, Pamela Arnold Bassel is terminated as the attorney of record and Stephen G. Wilcox is substituted as counsel and is designated as the new lead counsel.

Respectfully submitted,
 /s/    Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
The Wilcox Law Firm, PLLC
P.O. Box 11509
Fort Worth, Texas  76110-0509
(817) 870-1694 Telephone
(817) 870-1181 Facsimile


   /s/   Pamela Arnold Bassel
Pamela Arnold Bassel
State Bar Number 01344800

355033